**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:  CASE NUMBER: 14-40528-**KKS**
ALWINE, DEBRA G.  CHAPTER: 7

DEBTOR(S)
_____/

**TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS**

**COMES NOW,** Mary W. Colón, Trustee, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

| | |
|---|---|
| Unclaimed Fund Check Number | 112 |
| Amount | $284.56 |
| Payee Name & Address | Debra G. Alwine<br>1035 South Mulberry Street, Apt. 1101<br>Monticello, FL 32344 |

1. The name and address listed for the Payee is the most recent address contained in the Court's records, to wit:

| | |
|---|---|
| | Proof of Claim \_\_\_\_\_ |
| | Schedules |
| | Notice of Transfer/Assignment of Claim |

|   | Correspondence in writing with Payee |
|---|---|
| x | Other (Provide Explanation and any Case Docket citation) – surplus to debtor per notice of final dividends Doc. 67 |

2. Check(s) mailed to the above-listed Payee(s) at the address listed above have been:

|   | Returned by the US Postal Service marked "Forwarding Time Expired/Unable to Forward" Trustee made a good faith effort to verify/obtain the correct mailing address and deliver funds to Payee before presenting this notice |
|---|---|
|   | Refused by Payee |
| x | Disbursed and check has not been negotiated – *it was the second time the check was re-issued* |
|   | Other (Provide Explanation) |

3. Trustee has stopped payment on outstanding unclaimed fund check(s) identified in this Notice.

4. Any check(s) which were undeliverable by the United States Postal Service are in the Trustee's files.

5. Pursuant to the provisions of 11 U.S.C. § 347, simultaneously with filing this Notice the Trustee has delivered a check to the Clerk of this Court equal to the amounts listed above for each Payee, for deposit into the Court's Registry.

6. An applicant requesting reimbursement for Unclaimed Funds deposited with the Court must complete an "Application for Payment of Unclaimed Funds."  This form and instructions can be located on the Court's website:  http://www.flnb.uscourts.gov/ under Court Resources.

        Respectfully submitted,

        /s/ Mary W. Colón
        MARY W. COLÓN
        Chapter 7 Trustee
        Post Office Box 14596
        Tallahassee, FL 32317
        Telephone:  (850) 241-0144
        Facsimile:  (850) 702-0735
        trustee@marycolon.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by first class mail to:

ALWINE, DEBRA G., 1035 SOUTH MULBERRY STREET, APT 1101, MONTICELLO, FL 32344

Jennifer S. Haley-Gleason, Esq., Carr Allison, 305 S Gadsden St, Tallahassee,  FL  32301

Charles F. Edwards, Esq., Office of the U.S. Trustee, 110 East Park Avenue, Room 128, Tallahassee, FL 32301

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/ Mary W. Colón_____
MARY W. COLÓN