United States Bankruptcy Court
Northern District of Florida

In re:                                                        Case No. 14-40528-KKS
Debra G. Alwine                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 1129-4        User: jnah          Page 1 of 1         Date Rcvd: Mar 01, 2018
                           Form ID: pdf002      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2018.
db          #+Debra G. Alwine,    1035 South Mulberry Street, Apt 1101,    Monticello, FL 32344-1205
aty          +Morgan & Morgan, P.A.,    313 North Monroe Street,   Suite 401,    Tallahassee, FL 32301-7641
acc          +Thomson Brock Luger & Company,    3375-G Capital Circle N.E.,    Tallahassee, FL 32308-3798

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: bnc@atlasacq.com Mar 02 2018 01:53:45     Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
op           +E-mail/Text: cmecf@dilksknopik.com Mar 02 2018 01:53:51     Dilks & Knopik, LLC,
              35308 SE Center St,   Snoqualmie, WA 98065-9216
                                                                                   TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2018 at the address(es) listed below:
          Jennifer S. Haley-Gleason    on behalf of Debtor Debra G. Alwine jhaleygleason@carrallison.com,
          rfountain@carrallison.com
          Mary W. Colon    trustee@marycolon.com,  fl33@ecfcbis.com
          Mary W. Colon    on behalf of Trustee Mary W. Colon trustee@marycolon.com,  fl33@ecfcbis.com
          United States Trustee    USTPRegion21.TL.ECF@usdoj.gov
                                                                                   TOTAL: 4

FORM nhgnrlp (Rev. 06/15)

## UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Tallahassee Division

In Re:  Debra G. Alwine
      SSN/ITIN: xxx−xx−1532
      Debtor

Bankruptcy Case No.:  14−40528−KKS

Chapter:  7
Judge:  Karen K. Specie

### Notice of Non Evidentiary Hearing

PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held at 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301, on March 15, 2018, at 10:30 AM, Eastern Time.

*69 −* Application for Order Directing Payment of Unclaimed Funds to Creditor Claimant Debra G. Alwine filed by Dilks & Knopik, LLC (Attachments: # 1 Exhibit) (Dilks, Brian)

Dated: February 23, 2018

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**SERVICE:**  Service by the Court pursuant to applicable Rules.