United States Bankruptcy Court
Northern District of Florida

In re:
Debra G. Alwine
       Debtor

Case No. 14-40528-KKS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1129-4      User: lderoche      Page 1 of 1      Date Rcvd: May 29, 2018
                  Form ID: pdf002      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2018.
db           #+Debra G. Alwine,   1035 South Mulberry Street, Apt 1101,   Monticello, FL 32344-1205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
op           +E-mail/Text: cmecf@dilksknopik.com May 30 2018 01:34:18     Dilks & Knopik, LLC,
          35308 SE Center St,   Snoqualmie, WA 98065-9216
                                                                TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2018 at the address(es) listed below:
        Jennifer S. Haley-Gleason   on behalf of Debtor Debra G. Alwine jhaleygleason@carrallison.com,
         rfountain@carrallison.com
        Mary W. Colon   trustee@marycolon.com,  fl33@ecfcbis.com
        Mary W. Colon   on behalf of Trustee Mary W. Colon trustee@marycolon.com,  fl33@ecfcbis.com
        United States Trustee   USTPRegion21.TL.ECF@usdoj.gov
                                                           TOTAL: 4

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:

DEBRA G. ALWINE,                          CASE NO.:  14-40528-KKS
                                          CHAPTER:  7

   Debtor.

_____/

## ORDER DISAPPROVING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS (DOC. 69)

**THIS CASE** is before the Court after the hearing held on March 15, 2018 on the Application for Payment of Unclaimed Funds (the "Application," Doc. 69) submitted by Dilks & Knopik ("Applicant") on behalf of Debra G. Alwine ("Claimant"). It is

**ORDERED**:

The Application for the Recovery of Unclaimed Funds (Doc. 69) is DISAPPROVED without prejudice for the following reason(s):

1. Brian Dilks signed the Application, purportedly on behalf of Applicant. The documents attached to the Application do not show that Brian Dilks has authority to sign on behalf Applicant.

2. Brent E. Smith signed a letter purporting to show that Kimberly L. Peace has authority to act on behalf of Navient Solutions, Inc. (Doc. 69, Pg. 11). The letter is written on Navient letterhead, but Brent Smith's business card indicates he is employed by Sallie

SK

Mae, Inc. The documents attached to the Application do not show how Navient is related to Sallie Mae, Inc, or on behalf of which entity Brent Smith has authority to act.

3. The letter signed by Brent Smith indicates Kimberly L. Peace is authorized to pursue unclaimed funds on behalf of Navient Solutions, Inc., while a document entitled "Declaration," signed by Kimberly L. Peace, indicates the debt has been forgiven. While 28 U.S.C. §1746 allows the Court to use an unsworn affidavit as evidence, the documents attached to the Application are inconsistent as to who is entitled to the unclaimed funds. More evidence is needed to show that the Claimant is entitled to the unclaimed funds.[1]

DONE and ORDERED on ___May 29, 2018_____.

KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

Copies to:
All parties in interest

Dilks & Knopik, LLC
Brian Dilks, Managing Member
3508 SE Center St.
Snoqualmie, WA 98065-9216

---

[1] 28 U.S.C. § 1746: "Wherever, under any law of the United States . . . any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration . . . such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration . . ."